NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE KIRKLAND,                              )
a/k/a WILLIE JAQUAN KIRKLAND,                 )
                                             )
        Appellant,                            )
                                             )
v.                                           )        Case No. 2D17-1905
                                             )
STATE OF FLORIDA,                            )
                                             )
        Appellee.                             )
                                             )
_____)

Opinion filed February 2, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender, and
John C. Fisher, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SLEET, and LUCAS, JJ., Concur.